# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHEN HAZEN,**

        **Plaintiff,**

**-vs-**                                                         **Case No.  6:10-cv-1069-Orl-22KRS**

**HAZEN CONSTRUCTION, LLC. and**
**MARK HAZEN,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 16) filed on February 18, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be grant in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed February 24, 2011 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 16) is GRANTED in part.

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

4. Counsel for Plaintiff is prohibited from withholding any portion of the $6,000.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

5. Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

6. The Court declines to reserve jurisdiction to enforce the settlement agreement.

7. This case is DISMISSED WITH PREJUDICE.

8. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 14, 2011.

Copies furnished to:

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge